sealed 11/8/04

FILED by D.C.
OCT 15 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Sealed

**CASE NO. 04-20159-CR-GOLD(s)(s)**
**26 U.S.C. § 7201**

**UNITED STATES OF AMERICA**

**vs.**

**MORDEHAY TAKO,**

**Defendant.**

_______________________________/

**INFORMATION**

The United States Attorney charges that:

**COUNT I**

On or about April 15, 1991, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**MOREDEHAY TAKO,**

a resident of Miami-Dade County, Florida, who during the calendar year 1990 was married, did knowingly and willfully attempt to evade and defeat a significant portion of the income tax due and owing by the defendant and his spouse to the United States of America for the calendar year 1990, by preparing and causing to be prepared and by signing and causing to be signed a false joint U.S. Individual Income Tax Return, Form 1040, on behalf of the defendant and his spouse, which was filed with the Internal Revenue Service, wherein it understated their joint taxable income for said

747/ss

calendar year and the amount of tax due and owing thereon, when in truth and in fact and as the defendant then and there well knew, their true joint taxable income for the said calendar year and the true amount of tax owing thereon to the United States of America exceeded the amounts claimed on said tax return and, as a result, substantial taxes were due and owing to the United States of America, in violation of Title 26, United States Code, Section 7201, and Title 18, United States Code, Section 2.

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

JUAN ANTONIO GONZALEZ
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
vs.

MORDEHAY TAKO,

Defendant.
_____________________________/

CASE NO. 04-20159-CR-GOLD(s)(s)

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

_X_ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s) Yes ___ No _X_
Number of New Defendants 0
Total number of counts 1

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_
List language and/or dialect ________

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) _Yes_
If yes:
Judge: Alan S. Gold Case No. 04-20159-CR-GOLD
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) _No_
If yes:
Magistrate Case No. ________
Related Miscellaneous numbers: ________
Defendant(s) in federal custody as of ________
Defendant(s) in state custody as of ________
Rule 20 from the ________ District of ________

Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? _X_ Yes ___ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No
If yes, was it pending in the Central Region? _X_ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? _X_ Yes ___ No

JUAN A. GONZALEZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 897388

*Penalty Sheet(s) attached

REV.1/14/04

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** MORDEHAY TAKO

**Case No:** 04-20159-CR-ASG(s)(s)

Count #: 1

Tax evasion,

in violation of Title 26, United States Code, Section 7201

***Max. Penalty:** Five Years' Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

[vdkttext]

Case Selection

Dkt type: cr Case Number: 04-20159 Division: 1 Miami
Title : USA .V. Battle

| Filed | Entry Date | Last Update | History ID | Docketed by |
|---|---|---|---|---|
| 10/15/04 | 10/21/04 | **/**/** | 6490899 | bs |

+----------------------------------------------------------------------+

SEALED DOCUMENT

+viewing docket text-----------------------------------------------+
Transaction: kseal doc -/ -/ - - -

Command mode (? for commands)

Attached to D.E. # 747