AO 455 (REV. 5/85) Waiver of Statute of Limitations Unsealed 11/8/04

FILED by ___ D.C.
OCT 15 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Sealed

# United States District Court

SOUTHERN District of FLORIDA

UNITED STATES OF AMERICA

## WAIVER OF STATUTE OF LIMITATIONS

v.

MORDEHAY TAKO,

Defendant. /

CASE NUMBER: 04-20159-CR-GOLD(s)(s)

I, ~~YORAM IZHAK~~ Mordechay Tako, the above named defendant, who is accused of tax evasion, in violation of Title 26, United States Code, Section 7201, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 10/15/04 any defense based on the expiration of statute of limitations.

~~YORAM IZHAK~~ Mordechay Tako

~~Counsel for~~ Defendant SRabin

DATE: 10/15/2004

Before
ALAN S. GOLD
United States District Judge

751/65

[vdkttext]

Case Selection

Dkt type: cr Case Number: 04-20159 Division: 1 Miami
Title : USA .V. Battle

| Filed | Entry Date | Last Update | History ID | Docketed by |
|---|---|---|---|---|
| 10/15/04 | 10/21/04 | **/**/** | 6490905 | bs |

+-------------------------------------------------------------+

SEALED DOCUMENT

+viewing docket text------------------------------------------+

Transaction: kseal doc -/ -/ - - -

Command mode (? for commands)

Attached to D.E. # 751