~~Sealed~~ Unsealed 11/8/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

CASE NO. 04-20159- CR-GOLD

MORDECHAY TAKO

CHANGE OF PLEA

On 10/15/04 the above named defendant appeared in person before the Honorable Alan S. Gold, United States District Judge/Magistrate, with SAMUEL J. RABIN, ESQ. counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty to Count(s) 1, of the Indictment/~~Information.~~

FILED by ___ D.C.
OCT 15 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( ) The Court proceeded to pronounce sentence. (See J&C)

(X) The Court postponed sentencing until FRIDAY, NOV. 19, 2004 @ 9:00 AM.

(X) The defendant being allowed to remain on bond until sentencing.

( ) The defendant being remanded to the custody of the Marshal until a ______ bond in the amount of $______ is approved and posted.

( ) The defendant being remanded to the custody of the Marshal awaiting sentencing.

The U.S. Attorney announced Count(s) ______ would be dismissed on the government's motion at sentencing.

Judge Alan S. Gold AUSA: J. A. GONZALEZ + M. BEGUIRISTAIN
Reporter Joseph Millikan
Courtroom Dpy. Jacob M. Hasbun

(DEFT. SWORN).

754

[vdkttext]

Case Selection

Dkt type: cr    Case Number: 04-20159    Division: 1    Miami

Title : USA    .V.    Battle

| Filed | Entry Date | Last Update | History ID | Docketed by |
|---|---|---|---|---|
| 10/15/04 | 10/21/04 | **/**/** | 6490910 | bs |

+-----------------------------------------------------------------------+

SEALED DOCUMENT

+viewing docket text------------------------------------------+

Transaction: kseal doc -/ -/ - - -

Command mode (? for commands)

Attached to D.E. # 754