**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 04-20159-CR-GOLD/McALILEY**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JOSE MIGUEL BATTLE, SR., et. al.,**

**Defendants.**

______________________________/

FILED by ____ D.C.
NOV 05 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## MOTION TO UNSEAL MORDEHAY TAKO'S PLEA AGREEMENT AND RELATED FILINGS

The United States of America, pursuant to S.D. Fla. L.R. 5.4, moves to unseal the plea agreement, minutes of the October 15, 2004 change-of-plea hearing, and any other filings or entries related to the plea entered by Mordehay Tako. Because precautions necessary to ensure Tako's safety are in place, the filings related to his plea agreement may now be unsealed. Disclosure of the documents is also necessary at this stage for the United States to continue its ongoing investigation and prosecution of this matter, including the full realization of Tako's assistance.

Pursuant to S.D. Fla. L.R. 88.9.A., the United States consulted with Samuel Joseph Rabin, Esq., counsel for Tako, about this motion. Mr. Rabin does not object to this motion.

813

WHEREFORE, the United States of America respectfully requests that the Court order that the documents related to Tako's plea be unsealed by the Clerk of Court.

Respectfully submitted,

Juan Antonio Gonzalez
Assistant United States Attorney
11200 Northwest 20th Street
Miami, Florida 33172
Telephone: 305.715.7640
Facsimile: 305.715.7639
juan.antonio.gonzalez@usdoj.gov
Florida Bar # 897388

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this motion was sent via United States mail this 5th day of November 2004 to Samuel Joseph Rabin, Esquire, counsel for Mordehay Tako, 799 Brickell Avenue, Suite 606, Miami, Florida 33131.

s/ [signature]

Juan A. Gonzalez
Assistant United States Attorney