**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 04-20159-CR-GOLD(s)**

**UNITED STATES OF AMERICA**

**vs.**

**MORDEHAY TAKO,**

**Defendant.**
______________________________/

FILED by ___ D.C.
NOV 19 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES' MOTION FOR SENTENCING DEPARTURE**
**PURSUANT TO SECTION 5K1.1 OF THE SENTENCING GUIDELINES**

COME NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby moves this Honorable Court to depart from the sentencing guidelines applicable in this matter as provided in Section 5K1.1 of the Sentencing Guidelines, entitled "Substantial Assistance to Authorities," and in support thereof, states as follows:

1. On October 15, 2004, the defendant entered into a plea agreement, whereby he agreed to plead guilty to count one of a superseding information. The defendant further agreed to cooperate with the United States.

2. The defendant has provided valuable, substantial assistance to the United States. The United States will divulge the exact nature of the cooperation at the convenience of the Court.



873

WHEREFORE, for the above reasons, the United States requests that this Court depart from the applicable guidelines range with respect to the defendant MORDEHAY TAKO.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: ______________________

JUAN A. GONZALEZ
ASSISTANT U.S. ATTORNEY
FLA. BAR NO. 897388
11200 NW 20TH Street
Miami, Florida 33172
Telephone: (305) 715-7640
Facsimile: (305) 715-7639

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered this 18th day of November, 2004, to Sam Rabin, Esq., attorney for defendant.

______________________
JUAN A. GONZALEZ
ASSISTANT U.S. ATTORNEY